NTN Bearing Corp. of America, American NTN Bearing Manufacturing Corp., and NTN Corp., plaintiffs v. United States, defendant, and Torrington Co., and Federal-Mogul Corp., defendant-intervenors

Court No. 91–08–00577

Dated December 8, 1993

Tsoucalas, *Judge:* This Court, having remanded this case to the Department of Commerce, International Trade Administration ("Commerce") on July 13, 1993, to recalculate NTN's (1) variable costs of manufacture by merging the variable costs of manufacture for only home market bearing families, (2) cost of production and constructed value without resorting to best information available; and (3) dumping margins to account for the 46 sales at issue only once, and Commerce having done so as reported in its remand results dated September 27, 1993, it is hereby

Ordered that the remand results in this case are affirmed, and it is further

Ordered that since all other issues have been decided, this case is dismissed.